UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| Hannah Miller, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v.-<br><br>I.C. System, Inc. and John Does 1-25<br><br>Defendants. | Civil Action No:<br>1:21-cv-727 |

------------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 4, 2021

| For Plaintiff Hannah Miller | For Defendant I.C. System, Inc. |
|---|---|
| */s/ Raphael Deutsch*<br>Raphael Deutsch<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rdeutsch@steinsakslegal.com | */s/ Brenden Hoffman Little*<br>Brendan Hoffman Little<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza Suite 1700<br>Buffalo NY 14202<br>Ph: (716) 853-5100<br>blittle@lippes.com |

## CERTIFICATE OF SERVICE

I certify that on May 4, 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Raphael Deutsch*
Raphael Deutsch
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/11/2022

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*

2